**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
Attorney for Plaintiffs
Estate of JOSEPH DURAN; STEVEN A. DURAN, ELAINE DURAN

**ANGELO, KILDAY & KILDUFF, LLP**
JOHN A. WHITESIDES, State Bar #125611
CARRIE A. FREDERICKSON, State Bar #245199
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263

Attorneys for Defendant
Amador County Sheriff-Coroner MARTIN A. RYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOSEPH DURAN, deceased, by and through STEVEN A. DURAN and ELAINE DURAN as Successors in Interest; STEVEN DURAN, Individually; and ELAINE DURAN, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CDCR Correctional Officer ROY C. CHAVEZ; CDCR Correctional Officer TIMOTHY NELSON; CDCR Correctional Officer JASON R. STRONGMAN; CDCR Correctional Sergeant MARK SHEPARD; CDCR Correctional Sergeant JUAN C. CARRILLO; CDCR Correctional Lieutenant BRYAN D. McCLOUGHAN; CDCR Licensed Vocational Nurse MICHAEL; CDCR Clinical Psychologist RICHARD E. ORTIGO, Psy. D.; CDCR Staff Psychiatrist KARUNA ANAND, M.D.; CDCR Physician and Surgeon JANET YU, M.D.; Mule Creek | NO. 2:14-CV-02048-TLK-CKD<br><br>**STIPULATION TO CONTINUE HEARING DATE; ORDER**<br><br>Date: January 15, 2015<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Honorable Troy L. Nunley |

Stipulation to Continue Hearing Date; Order        1

State Prison Chief Medical Executive SCOTT A. HEATLEY, M.D.; Mule Creek State Prison Chief Executive Officer (Medical) DAVID SMILEY; Mule Creek State Prison Warden and Chief Executive Officer WILLIAM W. KNIPP; Amador County Sheriff-Coroner MARTIN A. RYAN; CASA BONITA, INC.; and Does 1 through 20.

               Defendants.

_____/

COME NOW THE PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request that the Court continue the hearing on Defendant Coroner Martin A. Ryan's Motion to Dismiss Plaintiffs' Complaint from January 15, 2015 to March 26, 2015.

This continuance is being requested so as to reduce the potential regarding multiple overlapping motions to dismiss which are anticipated once the counsel situation for the State of California/CDCR employees is straightened out due to what appear to be multiple conflicts. There is a proposed stipulation being filed extending the time for the CDCR defendants to respond, and hearing this motion earlier is likely to result in additional work for the Court and potentially further delay regarding responsive pleadings from the defendants who have not yet appeared.

**IT IS SO STIPULATED.**

Dated: 12-14-2014        LAW OFFICE OF STEWART KATZ

                             /s/ Stewart Katz
                             STEWART KATZ,
                             Attorney for Plaintiffs

///

///

1
2  Dated:  12-23-14            ANGELO, KILDAY & KILDUFF, LLP
3                                         /s/
4                              JOHN A. WHITESIDES
                               Attorneys for Defendant
5
6
7       **IT IS SO ORDERED.**
8
9  Dated:  January 5, 2015
10
11
12
13                             Troy L. Nunley
                               United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Hearing Date; Order        3