KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-2395
 Fax:  (916) 324-5205
 E-mail:  Michelle.Angus@doj.ca.gov
*Attorneys for*
*Anand, Carrillo, Chavez, Heatley, Knipp,*
*McCloughan, Michael, Nelson, Ortigo, Shepard,*
*Strongman, Smiley, and Yu*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF JOSEPH DURAN, deceased, by and through STEVEN A. DURAN and ELAINE DURAN, as Successors in Interest, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROY C. CHAVEZ, et al.,**<br><br>Defendants. | 2:14-cv-02048 TLN CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ANAND, CARRILLO, CHAVEZ, HEATLEY, KNIPP, McCLOUGHAN, MICHAEL, NELSON, ORTIGO, SHEPARD, STRONGMAN, SMILEY, and YU TO FILE RESPONSIVE PLEADING**<br><br>Judge:  Honorable Troy L. Nunley<br>Action Filed:  September 4, 2014 |

/ / /

/ / /

/ / /

1

The parties stipulate under Local Rule 144(a) to an extension of time for Defendants Anand, Carrillo, Chavez, Heatley, Knipp, McCloughan, Michael, Nelson, Ortigo, Roy, Shepard, Strongman, Smiley, and Yu to respond to the Complaint. Defendants Anand, Carrillo, Chavez, Heatley, Knipp, McCloughan, Michael, Nelson, Ortigo, Roy, Shepard, Strongman, Smiley, and Yu shall have until January 23, 2015, to respond to the Complaint.

Dated: December 19, 2014

LAW OFFICE OF STEWART KATZ

*/s/ Stewart Katz*
STEWART KATZ
*Attorney for Plaintiffs*

Dated: December 19, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General

*/s/ Michelle L. Angus*
MICHELLE L. ANGUS
Deputy Attorney General
*Attorneys for*
*Anand, Carrillo, Chavez, Heatley, Knipp,*
*McCloughan, Michael, Nelson, Ortigo,*
*Shepard, Strongman, Smiley, and Yu*

**IT IS SO ORDERED.**

Dated: January 5, 2015

Troy L. Nunley
United States District Judge

2