KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2395
 Fax: (916) 324-5205
 E-mail: Michelle.Angus@doj.ca.gov
*Attorneys for Defendants*
*Anand, Carrillo, Chavez, Heatley, Knipp,*
*McCloughan, Michael, Nelson, Ortigo, Shepard,*
*Strongman, Smiley, and Yu*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF JOSEPH DURAN, deceased, by and through STEVEN A. DURAN and ELAINE DURAN, as Successors in Interest, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROY C. CHAVEZ, et al.,**<br><br>Defendants. | 2:14-cv-02048 TLN CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CHAVEZ AND YU TO FILE RESPONSIVE PLEADING**<br><br><br>Judge:   Honorable Troy L. Nunley<br>Action Filed:   September 4, 2014 |

The parties stipulate under Local Rule 144(a) to an extension of time for Defendants Chavez and Yu to respond to the Complaint so long as any motion filed by Defendants Chavez and Yu is heard on March 26, 2015, along with the other motions to dismiss in this action. Defendants Chavez and Yu shall have until February 23, 2015, to respond to the Complaint.

1

| | | |
|---|---|---|
| 1 | Dated: December 19, 2014 | LAW OFFICE OF STEWART KATZ |
| 2 | | |
| 3 | | _/s/ Stewart Katz_<br>STEWART KATZ |
| 4 | | *Attorney for Plaintiffs* |

Dated: December 19, 2014                Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MISHA D. IGRA
Supervising Deputy Attorney General


_/s/ Michelle L. Angus_
MICHELLE L. ANGUS
Deputy Attorney General
*Attorneys for Defendants
Anand, Carrillo, Chavez, Heatley, Knipp,
McCloughan, Michael, Nelson, Ortigo,
Shepard, Strongman, Smiley, and Yu*

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
Troy L. Nunley
United States District Judge

2