IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF JOSEPH DURAN, deceased, by and through STEVEN A. DURAN and ELAINE DURAN, as Successors in Interest, et al.,**<br><br>                                        Plaintiffs,<br><br>            v.<br><br>**ROY C. CHAVEZ, et al.,**<br><br>                                        Defendants. | Case No. 2:14-cv-02048 TLN CKD<br><br>**ORDER GRANTING CDCR DEFENDANTS'** *EX PARTE* **REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>[E.D. Local Rule 144(c)] |

The Court, having considered Defendants Anand, Carrillo, Heatley, Knipp, McCloughan, Michael, Nelson, Ortigo, Shepard, Smiley, Strongman, Yu and Chavez's request for an extension of time to file their responsive pleading, and good cause having been found:

IT IS HEREBY ORDERED: Defendants Anand, Carrillo, Heatley, Knipp, McCloughan, Michael, Nelson, Ortigo, Shepard, Smiley, Strongman, Yu and Chavez are granted an extension of time to and including January 25, 2016, to prepare and file their responsive pleading in this action.

Dated:  January 13, 2016

_____
Troy L. Nunley
United States District Judge