Kamala D. Harris, State Bar No. 146672
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Supervising Deputy Attorney General
Michelle L. Angus, State Bar No. 210031
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2395
 Fax: (916) 324-5205
 E-mail: Michelle.Angus@doj.ca.gov
*Attorneys for Defendants Anand, Carrillo, Heatley, Knipp, McCloughan, Michael, Nelson, Ortigo, Shepard, Smiley, and Strongman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF JOSEPH DURAN, deceased, by and through STEVEN A. DURAN and ELAINE DURAN, as Successors in Interest, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROY C. CHAVEZ, et al.,**<br><br>Defendants. | 2:14-cv-02048 TLN CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Judge: The Honorable Carolyn K. Delaney<br>Action Filed: 9/4/2014 |

On January 14, 2016, the Court granted Defendants Anand, Carrillo, Chavez, Heatley, Knipp, McCloughan, Michael, Nelson, Ortigo, Roy, Shepard, Strongman, Smiley, and Yu (collectively, "CDCR Defendants") an initial 14-day extension of time, until January 25, 2016, to file their responsive pleading. (ECF No. 38.) The parties stipulate under Local Rule 144(a) to an additional one-week extension of time for the CDCR Defendants to respond to the First Amended Complaint, filed December 28, 2015. (ECF No. 34).

The CDCR Defendants shall have until February 1, 2016, to respond to the First Amended Complaint.

| | |
|---|---|
| Dated: January 22, 2016 | LAW OFFICE OF STEWART KATZ |
| | */s/ Stewart Katz* |
| | STEWART KATZ |
| | *Attorney for Plaintiffs* |
| Dated: January 22, 2016 | Respectfully submitted, |
| | KAMALA D. HARRIS |
| | Attorney General of California |
| | MONICA N. ANDERSON |
| | Supervising Deputy Attorney General |
| | */s/ Michelle L. Angus* |
| | MICHELLE L. ANGUS |
| | Deputy Attorney General |
| | *Attorneys for Defendants Anand, Carrillo, Chavez, Heatley, Knipp, McCloughan, Michael, Nelson, Ortigo, Shepard, Strongman, and Smiley* |
| Dated: January 22, 2016 | MCNAMARA, NEY, BEATTY, SLATTERY, BARGES, AMBACHER, LLP |
| | */s/ Peter Hirsig* |
| | PETER HIRSIG |
| | *Attorney for Defendant Yu* |
| Dated: January 22, 2016 | RIVERA & ASSOCIATES |
| | */s/ Jesse Rivera* |
| | JESSE RIVERA |
| | *Attorneys for Defendant Roy C. Chavez* |

**IT IS SO ORDERED.**

**Dated: January 26, 2016**

_____
Troy L. Nunley
United States District Judge