UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOSEPH DURAN, deceased, by and through STEVEN A. DURAN and ELAINE DURAN as Successors in Interest; STEVEN DURAN, Individually; and ELAINE DURAN, Individually, | No. 2:14-cv-02048-TLN-CKD |
| Plaintiffs, | **ORDER** |
| v. | |
| CDCR Correctional Officer ROY C. CHAVEZ; CDCR Correctional Officer TIMOTHY NELSON; CDCR Correctional Officer JASON R. STRONGMAN; CDCR Correctional Sergeant MARK SHEPARD; CDCR Correctional Sergeant JUAN C. CARRILLO; CDCR Correctional Lieutenant BRYAN D. McCLOUGHAN; CDCR Licensed Vocational Nurse MICHAEL; CDCR Clinical Psychologist RICHARD E. ORTIGO, Psy. D.; CDCR Staff Psychiatrist KARUNA ANAND, M.D.; CDCR Physician and Surgeon JANET YU, M.D.; Mule Creek State Prison Chief Medical Executive SCOTT A. HEATLEY, M.D.; Mule Creek State Prison Chief Executive Officer (Medical) DAVID SMILEY; Mule Creek State Prison Warden and Chief Executive Officer WILLIAM W. KNIPP; Amador County Sheriff-Coroner MARTIN A. RYAN; CASA BONITA, INC.; and Does 1 through 20, | |
| Defendants. | |

1

On February 29, 2016, counsel for Defendant Roy C. Chavez filed a notice of Mr. Chavez's death pursuant to Federal Rule of Civil Procedure 25(a)(1).  (ECF Nos. 35, 46).[1]  The notice included a certified copy of Mr. Chavez's death certificate.  (ECF No. 35–1.)  On April 1, 2016, Plaintiffs filed a motion to substitute Mr. Henry Chavez, Special Administrator for the Estate of Defendant Chavez for Defendant Roy C. Chavez.  (ECF No. 54.)   Plaintiffs supported their motion with documentation from the Sacramento County Superior Court designating Mr. Henry Chavez as the Special Administrator of Decedent's Estate.  (ECF No. 54.)  Defense counsel has not opposed this motion.

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the Court hereby GRANTS Plaintiffs' request and hereby orders the substitution of Mr. Henry Chavez, as Special Administrator of Roy C. Chavez's Estate, as the named defendant in the instant action.

IT IS ORDERED.

Dated: May 18, 2016

Troy L. Nunley
United States District Judge

---

[1] Defense counsel filed notice on January 5, 2016 (ECF No. 35), but did not file proof of service of the notice, as required under Federal Rule of Civil Procedure 25(a)(1), until February 29, 2016 (ECF No. 46).